# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: LAWRENCE, JIMMY ORVAL § | Case No. 09-72158 |
| LAWRENCE, VALARIE JEANNETTE § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on May 26, 2009. The undersigned trustee was appointed on February 10, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $      14,764.95

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 2,695.75 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 12,069.20 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 04/19/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,226.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,226.50, for a total compensation of $2,226.50. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2010          By:/s/JAMES E. STEVENS
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-72158  
Case Name: LAWRENCE, JIMMY ORVAL  
LAWRENCE, VALARIE JEANNETTE  
Period Ending: 09/29/10

Trustee: (330420)   JAMES E. STEVENS  
Filed (f) or Converted (c): 11/18/09 (c)  
§341(a) Meeting Date: 12/23/09  
Claims Bar Date: 04/19/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  (Debtors primary<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Joint checking account with Home State Bank Acct<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 900.00 | 0.00 | DA | 0.00 | FA |
| 3  checking account with Home State Bank Acct #5106<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 4  checking account with Home State Bank Acct# 5606<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 5  Household goods; TV, VCR, stereo, sofa, vacuum,<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6  Books, Compact Discs, Tapes/Records, Family Pict<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7  Necessary wearing apparel.<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8  Earrings, watch, costume jewelry, wedding bands<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 650.00 | 0.00 | DA | 0.00 | FA |
| 9  VW Credit INC - 04 Volkswagen Touareg with over<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 17,225.00 | 0.00 | DA | 0.00 | FA |
| 10 PIF 99 Harley Davidson Fatboy Motorcycle with ov<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 4,000.00 | 0.00 | DA | 14,000.00 | FA |
| 11 PIF 02 Harley Davidson Classic Motorcycle with 2<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 12 Family Pets/Animals.<br>   Orig. Asset Memo: Imported from original petition | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-72158
**Case Name:** LAWRENCE, JIMMY ORVAL
LAWRENCE, VALARIE JEANNETTE
**Period Ending:** 09/29/10

**Trustee:** (330420)   JAMES E. STEVENS
**Filed (f) or Converted (c):** 11/18/09 (c)
**§341(a) Meeting Date:** 12/23/09
**Claims Bar Date:** 04/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|    | Doc# 1 |  |  |  |  |  |
| 13 | monies turnever over in converted case (u) | Unknown | 762.00 | DA | 762.00 | FA |
| 14 | Term Life Insurance Through Work - No Cash Surre | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Term life insurance with Mutual Life | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | term life insurance through work | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | pension employment | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | pension employment | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 2.95 | Unknown |
| 19 | Assets    Totals (Excluding unknown values) | $233,425.00 | $762.00 |  | $14,764.95 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   August 31, 2010

**Current Projected Date Of Final Report (TFR):**   September 30, 2010 (Actual)

Printed: 09/29/2010 11:16 AM    V.12.52

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-72158 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LAWRENCE, JIMMY ORVAL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LAWRENCE, VALARIE JEANNETTE | | Account: | ***-*****07-65 - Money Market Account |
| Taxpayer ID #: | **-***6445 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 09/29/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/10 | {13} | Lydia S. Meyer | monies turned over in converted case | 1290-010 | 762.00 | | 762.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 762.02 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 762.05 |
| 04/06/10 | | Wire out to BNYM account 9200******0765 | Wire out to BNYM account 9200******0765 | 9999-000 | -762.05 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -762.05 | 0.00 | |
| | | | Subtotal | | 762.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $762.05 | $0.00 | |

{} Asset reference(s)

Printed: 09/29/2010 11:16 AM   V.12.52

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-72158 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | LAWRENCE, JIMMY ORVAL | | Bank Name: | The Bank of New York Mellon |
| | LAWRENCE, VALARIE JEANNETTE | | Account: | 9200-******07-65 - Money Market Account |
| Taxpayer ID #: | **-***6445 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 09/29/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0765 | Wire in from JPMorgan Chase Bank, N.A. account ********0765 | 9999-000 | 762.05 | | 762.05 |
| 04/29/10 | | Kegel Motorcycle Company | sale of 1999 motorcycle | | 11,315.65 | | 12,077.70 |
| | {10} | | sale of motorcycle           14,000.00 | 1129-000 | | | 12,077.70 |
| | | | commission to Kegel for     -1,400.00<br>sale | 3991-000 | | | 12,077.70 |
| | | | costs to repair                  -1,284.35<br>motorcycle | 3992-000 | | | 12,077.70 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 12,077.75 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,078.47 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72158, Bond #016018067 | 2300-000 | | 11.40 | 12,067.07 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.70 | | 12,067.77 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 12,068.48 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,069.20 |
| | | | ACCOUNT TOTALS | | 12,080.60 | 11.40 | $12,069.20 |
| | | | Less: Bank Transfers | | 762.05 | 0.00 | |
| | | | Subtotal | | 11,318.55 | 11.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $11,318.55 | $11.40 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # ***-*****07-65 | 762.05 | 0.00 | 0.00 |
| MMA # 9200-******07-65 | 11,318.55 | 11.40 | 12,069.20 |
| | $12,080.60 | $11.40 | $12,069.20 |

{} Asset reference(s)                                                                                                                                       Printed: 09/29/2010 11:16 AM   V.12.52

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72158
Case Name: LAWRENCE, JIMMY ORVAL
Trustee Name: JAMES E. STEVENS

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| VW Credit, Inc. | $ 0.00 |
| Fifth Third Mortgage Company | $ 0.00 |
| Fifth Third Bank | $ 0.00 |
| HSBC Bank Nevada, N.A. | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 2,226.50 | $ |
| Attorney for trustee | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | $ 1,412.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 142,328.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 4U | HSBC Bank Nevada, N.A. | $ 150.23 | $ 8.90 |
| 5 | Roundup Funding, LLC | $ 25,323.72 | $ 1,500.02 |
| 6 | Roundup Funding, LLC | $ 14,940.32 | $ 884.97 |
| 7 | eCAST Settlement Corporation | $ 8,537.70 | $ 505.72 |
| 8 | PRA Receivables Management, LLC | $ 458.67 | $ 27.17 |
| 9 | Wells Fargo Bank NA | $ 4,865.57 | $ 288.21 |
| 10 | Fifth Third Bank | $ 6,901.93 | $ 408.83 |
| 11 | CAPITAL ONE BANK (USA), N.A. | $ 3,293.40 | $ 195.08 |
| 12 | CAPITAL ONE BANK (USA), N.A. | $ 1,231.31 | $ 72.94 |
| 13 | Roundup Funding, LLC | $ 1,773.78 | $ 105.07 |
| | Portfolio Recovery Associates, | | |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 14 | LLC | $ 5,217.34 | $ 309.04 |
| 15 | Portfolio Recovery Associates, LLC | $ 347.08 | $ 20.56 |
| 16 | Portfolio Recovery Associates, LLC | $ 8,048.05 | $ 476.72 |
| 17 | Portfolio Recovery Associates, LLC | $ 296.56 | $ 17.57 |
| 18 | CardWorks | $ 575.77 | $ 34.11 |
| 19 | eCAST Settlement Corporation | $ 10,707.03 | $ 634.22 |
| 20 | eCAST Settlement Corporation | $ 22,313.76 | $ 1,321.73 |
| 21 | eCAST Settlement Corporation | $ 13,404.04 | $ 793.97 |
| 22 | Roundup Funding, LLC | $ 11,947.57 | $ 707.70 |
| 23 | CR Evergreen, LLC | $ 1,995.00 | $ 118.17 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Printed: 09/29/10 11:30 AM | | | **Claims Distribution Register** | | | | Page: 1 |
| | | | Case: 09-72158    LAWRENCE, JIMMY ORVAL | | | | |

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 06/15/09 | 100 | VW Credit, Inc.<br>POST OFFICE BOX 829009<br>DALLAS, TX 75382<br>\<4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)\><br>Claim No. 1 is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 13,069.66 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 2 | 06/16/09 | 100 | Fifth Third Mortgage Company<br>5050 Kingsley Dr 1MOC20<br>Cincinnati, OH 45263<br>\<4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\><br>Claim # 2 is allowed as a secured claim but disallowed for purposes of distribution, the Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 116,214.60 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 3 | 06/22/09 | 100 | Fifth Third Bank<br>P O Box 829009<br>Dallas, TX 75382<br>\<4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\><br>Claim No. 3 is allowed as a secured claim but disallowed for purposes of distribution, the Bankruptcy Code having no provision for payment of secured claims out of the general funds of the chapter 7 Bankruptcy Esttate. | 39,174.55 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 4S | 06/26/09 | 100 | HSBC Bank Nevada, N.A.<br>(Best Buy Co., Inc.),eCAST Settlement<br>Corporation,c/o Bass & Associates, P.C.,<br>Tucson, AZ 85712<br>\<4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)\><br>Claim No. 4S is allowed as a secured claim but disallowed for purposes of distribution, the Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 2,083.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | Total for Priority 100:   0% Paid | $170,541.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | Total for Secured Claims: | $170,541.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/18/09 | 200 | BARRICK, SWITZER, LONG,<br>BALSLEY & VAN EVERA<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>\<3110-00  Attorney for Trustee Fees (Trustee Firm)\> | 1,412.00 | 1,412.00 | 0.00 | 1,412.00 | 1,412.00 |
| | 11/18/09 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>\<2100-00  Trustee Compensation\> | 2,226.50 | 2,226.50 | 0.00 | 2,226.50 | 2,226.50 |
| | | | Total for Priority 200:   100% Paid | $3,638.50 | $3,638.50 | $0.00 | $3,638.50 | $3,638.50 |
| | | | Total for Admin Ch. 7 Claims: | $3,638.50 | $3,638.50 | $0.00 | $3,638.50 | $3,638.50 |

(*) Denotes objection to Amount Filed

Case 09-72158   Doc 71   Filed 10/20/10   Entered 10/20/10 08:19:23   Desc Main
Document       Page 11 of 13

Printed: 09/29/10 11:30 AM

## Claims Distribution Register

Page: 2

### Case: 09-72158   LAWRENCE, JIMMY ORVAL

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Unsecured Claims:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4U | 06/26/09 | 610 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),eCAST Settlement Corporation,c/o Bass & Associates, P.C., Tucson, AZ 85712 <7100-00  General Unsecured § 726(a)(2)> | 150.23 | 150.23 | 0.00 | 150.23 | 8.90 |
| 5 | 06/26/09 | 610 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111 <7100-00  General Unsecured § 726(a)(2)> | 25,323.72 | 25,323.72 | 0.00 | 25,323.72 | 1,500.02 |
| 6 | 06/26/09 | 610 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111 <7100-00  General Unsecured § 726(a)(2)> | 14,940.32 | 14,940.32 | 0.00 | 14,940.32 | 884.97 |
| 7 | 07/07/09 | 610 | eCAST Settlement Corporation POB 35480,Newark NJ 07193-5480 Claimant History <7100-00  General Unsecured § 726(a)(2)> | 8,537.70 | 8,537.70 | 0.00 | 8,537.70 | 505.72 |
| 8 | 07/17/09 | 610 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Old Navy,POB 41067 NORFOLK, VA 23541 <7100-00  General Unsecured § 726(a)(2)> | 458.67 | 458.67 | 0.00 | 458.67 | 27.17 |
| 9 | 07/20/09 | 610 | Wells Fargo Bank NA 4137 121st Street Urbandale, IA 50323 <7100-00  General Unsecured § 726(a)(2)> | 4,865.57 | 4,865.57 | 0.00 | 4,865.57 | 288.21 |
| 10 | 07/23/09 | 610 | Fifth Third Bank Bankruptcy Department/MD#RSCB3E 1830 E Paris SE Grand Rapids, MI 49546 <7100-00  General Unsecured § 726(a)(2)> | 6,901.93 | 6,901.93 | 0.00 | 6,901.93 | 408.83 |
| 11 | 07/28/09 | 610 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 <7100-00  General Unsecured § 726(a)(2)> | 3,293.40 | 3,293.40 | 0.00 | 3,293.40 | 195.08 |
| 12 | 07/28/09 | 610 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 <7100-00  General Unsecured § 726(a)(2)> | 1,231.31 | 1,231.31 | 0.00 | 1,231.31 | 72.94 |

Printed: 09/29/10 11:30 AM

## Claims Distribution Register

Page: 3

### Case: 09-72158  LAWRENCE, JIMMY ORVAL

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 13 | 08/03/09 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 1,773.78 | 1,773.78 | 0.00 | 1,773.78 | 105.07 |
| 14 | 08/10/09 | 610 | Portfolio Recovery Associates, LLC<br>P. O. Box 41067<br>Norfolk, VA 23541<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 5,217.34 | 5,217.34 | 0.00 | 5,217.34 | 309.04 |
| 15 | 08/12/09 | 610 | Portfolio Recovery Associates, LLC<br>P. O. Box 41067<br>Norfolk, VA 23541<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 347.08 | 347.08 | 0.00 | 347.08 | 20.56 |
| 16 | 08/12/09 | 610 | Portfolio Recovery Associates, LLC<br>P. O. Box 41067<br>Norfolk, VA 23541<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 8,048.05 | 8,048.05 | 0.00 | 8,048.05 | 476.72 |
| 17 | 08/12/09 | 610 | Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 296.56 | 296.56 | 0.00 | 296.56 | 17.57 |
| 18 | 08/18/09 | 610 | CardWorks<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 575.77 | 575.77 | 0.00 | 575.77 | 34.11 |
| 19 | 08/27/09 | 610 | eCAST Settlement Corporation<br>POB 35480,Newark NJ 07193-5480<br>Claimant History<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 10,707.03 | 10,707.03 | 0.00 | 10,707.03 | 634.22 |
| 20 | 08/27/09 | 610 | eCAST Settlement Corporation<br>POB 35480,Newark NJ 07193-5480<br>Claimant History<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 22,313.76 | 22,313.76 | 0.00 | 22,313.76 | 1,321.73 |
| 21 | 08/27/09 | 610 | eCAST Settlement Corporation<br>POB 35480,Newark NJ 07193-5480<br>Claimant History<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 13,404.04 | 13,404.04 | 0.00 | 13,404.04 | 793.97 |
| 22 | 09/14/09 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 11,947.57 | 11,947.57 | 0.00 | 11,947.57 | 707.70 |
| 23 | 09/18/09 | 610 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 1,995.00 | 1,995.00 | 0.00 | 1,995.00 | 118.17 |
| | | | Total for Priority 610:    5.92340% Paid | $142,328.83 | $142,328.83 | $0.00 | $142,328.83 | $8,430.70 |
| | | | Total for Unsecured Claims: | $142,328.83 | $142,328.83 | $0.00 | $142,328.83 | $8,430.70 |

Printed: 09/29/10 11:30 AM

## Claims Distribution Register

Page: 4

**Case: 09-72158   LAWRENCE, JIMMY ORVAL**

/ Memo

| Total for Case : | $316,509.14 | $145,967.33 | $0.00 | $145,967.33 | $12,069.20 |