**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: LAWRENCE, JIMMY ORVAL<br>    LAWRENCE, VALARIE JEANNETTE<br><br>Debtor(s) | § Case No. 09-72158<br>§<br>§<br>§ |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $233,425.00<br>*(without deducting any secured claims)* | Assets Exempt: $42,950.00 |
| Total Distribution to Claimants: $8,430.96 | Claims Discharged<br>Without Payment: $138,769.87 |
| Total Expenses of Administration: $6,334.25 | |

3) Total gross receipts of $ 14,765.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,765.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $169,635.00 | $170,541.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,334.25 | 6,334.25 | 6,334.25 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 130,629.00 | 142,328.83 | 142,328.83 | 8,430.96 |
| **TOTAL DISBURSEMENTS** | $300,264.00 | $319,204.89 | $148,663.08 | $14,765.21 |

4) This case was originally filed under Chapter 7 on May 26, 2009. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2011          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PIF 99 Harley Davidson Fatboy Motorcycle with ov | 1129-000 | 14,000.00 |
| monies turnever over in converted case | 1290-010 | 762.00 |
| Interest Income | 1270-000 | 3.21 |
| **TOTAL GROSS RECEIPTS** | | **$14,765.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | VW Credit, Inc. | 4210-000 | 13,601.00 | 13,069.66 | 0.00 | 0.00 |
| 2 | Fifth Third Mortgage Company | 4110-000 | 116,815.00 | 116,214.60 | 0.00 | 0.00 |
| 3 | Fifth Third Bank | 4110-000 | 39,219.00 | 39,174.55 | 0.00 | 0.00 |
| 4S | HSBC Bank Nevada, N.A. | 4210-000 | N/A | 2,083.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$169,635.00** | **$170,541.81** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,226.50 | 2,226.50 | 2,226.50 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 1,412.00 | 1,412.00 | 1,412.00 |
| Kegel Motorcycle Company | 3991-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Kegel Motorcycle Company | 3992-000 | N/A | 1,284.35 | 1,284.35 | 1,284.35 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.40 | 11.40 | 11.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,334.25 | 6,334.25 | 6,334.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| | TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4U | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 150.23 | 150.23 | 8.90 |
| 5 | Roundup Funding, LLC | 7100-000 | 25,416.00 | 25,323.72 | 25,323.72 | 1,500.07 |
| 6 | Roundup Funding, LLC | 7100-000 | 14,349.00 | 14,940.32 | 14,940.32 | 885.00 |
| 7 | eCAST Settlement Corporation | 7100-000 | 8,125.00 | 8,537.70 | 8,537.70 | 505.74 |
| 8 | PRA Receivables Management, LLC | 7100-000 | N/A | 458.67 | 458.67 | 27.17 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Wells Fargo Bank NA | 7100-000 | 4,910.00 | 4,865.57 | 4,865.57 | 288.21 |
| 10 | Fifth Third Bank | 7100-000 | 6,766.00 | 6,901.93 | 6,901.93 | 408.84 |
| 11 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,131.00 | 3,293.40 | 3,293.40 | 195.09 |
| 12 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 1,231.31 | 1,231.31 | 72.94 |
| 13 | Roundup Funding, LLC | 7100-000 | N/A | 1,773.78 | 1,773.78 | 105.07 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,217.34 | 5,217.34 | 309.05 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 347.08 | 347.08 | 20.56 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | 15,678.00 | 8,048.05 | 8,048.05 | 476.73 |
| 17 | Portfolio Recovery Associates, LLC | 7100-000 | 252.00 | 296.56 | 296.56 | 17.57 |
| 18 | CardWorks | 7100-000 | 1,070.00 | 575.77 | 575.77 | 34.11 |
| 19 | eCAST Settlement Corporation | 7100-000 | 10,475.00 | 10,707.03 | 10,707.03 | 634.24 |
| 20 | eCAST Settlement Corporation | 7100-000 | 22,313.00 | 22,313.76 | 22,313.76 | 1,321.77 |
| 21 | eCAST Settlement Corporation | 7100-000 | 13,272.00 | 13,404.04 | 13,404.04 | 794.00 |
| 22 | Roundup Funding, LLC | 7100-000 | N/A | 11,947.57 | 11,947.57 | 707.72 |
| 23 | CR Evergreen, LLC | 7100-000 | N/A | 1,995.00 | 1,995.00 | 118.18 |
| NOTFILED | 13 GEMB/Bryant | 7100-000 | 2,145.00 | N/A | N/A | 0.00 |
| NOTFILED | 19 MRSI | 7100-000 | 227.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 Citibank Bankruptcy Department | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 130,629.00 | 142,328.83 | 142,328.83 | 8,430.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-72158 | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | LAWRENCE, JIMMY ORVAL | Filed (f) or Converted (c): | 11/18/09 (c) |
| | LAWRENCE, VALARIE JEANNETTE | §341(a) Meeting Date: | 12/23/09 |
| Period Ending: | 02/16/11 | Claims Bar Date: | 04/19/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | (Debtors primary<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Joint checking account with Home State Bank Acct<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking account with Home State Bank Acct #5106<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking account with Home State Bank Acct# 5606<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods; TV, VCR, stereo, sofa, vacuum,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, Compact Discs, Tapes/Records, Family Pict<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Earrings, watch, costume jewelry, wedding bands<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 650.00 | 0.00 | DA | 0.00 | FA |
| 9 | VW Credit INC - 04 Volkswagen Touareg with over<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 17,225.00 | 0.00 | DA | 0.00 | FA |
| 10 | PIF 99 Harley Davidson Fatboy Motorcycle with ov<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 0.00 | DA | 14,000.00 | FA |
| 11 | PIF 02 Harley Davidson Classic Motorcycle with 2<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Family Pets/Animals.<br>Orig. Asset Memo: Imported from original petition | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-72158 | | Trustee: | (330420) | JAMES E. STEVENS |
|---|---|---|---|---|---|
| Case Name: | LAWRENCE, JIMMY ORVAL | | Filed (f) or Converted (c): | 11/18/09 (c) | |
| | LAWRENCE, VALARIE JEANNETTE | | §341(a) Meeting Date: | 12/23/09 | |
| Period Ending: | 02/16/11 | | Claims Bar Date: | 04/19/10 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc# 1 | | | | | |
| 13 | monies turnover over in converted case (u) | Unknown | 762.00 | DA | 762.00 | FA |
| 14 | Term Life Insurance Through Work - No Cash Surre | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Term life insurance with Mutual Life | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | term life insurance through work | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | pension employment | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | pension employment | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.21 | FA |
| 19 | Assets    Totals (Excluding unknown values) | $233,425.00 | $762.00 | | $14,765.21 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    August 31, 2010      Current Projected Date Of Final Report (TFR):    September 30, 2010  (Actual)

Printed: 02/16/2011 01:08 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-72158 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | LAWRENCE, JIMMY ORVAL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LAWRENCE, VALARIE JEANNETTE | | Account: | \*\*\*-\*\*\*\*\*07-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*6445 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/16/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/21/10 | {13} | Lydia S. Meyer | monies turned over in converted case | 1290-010 | 762.00 | | 762.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 762.02 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 762.05 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*0765 | Wire out to BNYM account 9200\*\*\*\*\*\*0765 | 9999-000 | -762.05 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -762.05 | 0.00 | |
| | | | Subtotal | | 762.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $762.05 | $0.00 | |

{} Asset reference(s)    Printed: 02/16/2011 01:08 PM    V.12.56

Case 09-72158    Doc 79    Filed 03/02/11    Entered 03/02/11 07:21:27    Desc Main
Document      Page 9 of 14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-72158 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LAWRENCE, JIMMY ORVAL | | Bank Name: | The Bank of New York Mellon |
| | LAWRENCE, VALARIE JEANNETTE | | Account: | 9200-******07-65 - Money Market Account |
| Taxpayer ID #: | **-***6445 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******0765 | Wire in from JPMorgan Chase Bank, N.A. account *******0765 | 9999-000 | 762.05 | | 762.05 |
| 04/29/10 | | Kegel Motorcycle Company | sale of 1999 motorcycle | | 11,315.65 | | 12,077.70 |
| | {10} | | sale of motorcycle           14,000.00 | 1129-000 | | | 12,077.70 |
| | | | commission to Kegel for       -1,400.00<br>sale | 3991-000 | | | 12,077.70 |
| | | | costs to repair              -1,284.35<br>motorcycle | 3992-000 | | | 12,077.70 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 12,077.75 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,078.47 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72158, Bond #016018067 | 2300-000 | | 11.40 | 12,067.07 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.70 | | 12,067.77 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 12,068.48 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,069.20 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,069.29 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,069.39 |
| 11/24/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 12,069.46 |
| 11/24/10 | | To Account #9200******0766 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 12,069.46 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,080.86 | 12,080.86 | $0.00 |
| | | | Less: Bank Transfers | | 762.05 | 12,069.46 | |
| | | | Subtotal | | 11,318.81 | 11.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,318.81** | **$11.40** | |

{} Asset reference(s)                                                                                                          Printed: 02/16/2011 01:08 PM    V.12.56

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-72158 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LAWRENCE, JIMMY ORVAL | | Bank Name: | The Bank of New York Mellon |
| | LAWRENCE, VALARIE JEANNETTE | | Account: | 9200-******07-66 - Checking Account |
| Taxpayer ID #: | **-***6445 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/16/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/10 | | From Account #9200******0765 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 12,069.46 | | 12,069.46 |
| 11/24/10 | 101 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 100.00% on $1,412.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,412.00 | 10,657.46 |
| 11/24/10 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $2,226.50, Trustee Compensation; Reference: | 2100-000 | | 2,226.50 | 8,430.96 |
| 11/24/10 | 103 | HSBC Bank Nevada, N.A. | Dividend paid 5.92% on $150.23; Claim# 4U; Filed: $150.23; Reference: | 7100-000 | | 8.90 | 8,422.06 |
| 11/24/10 | 104 | PRA Receivables Management, LLC | Dividend paid 5.92% on $458.67; Claim# 8; Filed: $458.67; Reference: | 7100-000 | | 27.17 | 8,394.89 |
| 11/24/10 | 105 | Wells Fargo Bank NA | Dividend paid 5.92% on $4,865.57; Claim# 9; Filed: $4,865.57; Reference: | 7100-000 | | 288.21 | 8,106.68 |
| 11/24/10 | 106 | Fifth Third Bank | Dividend paid 5.92% on $6,901.93; Claim# 10; Filed: $6,901.93; Reference: | 7100-000 | | 408.84 | 7,697.84 |
| 11/24/10 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 5.92% on $296.56; Claim# 17; Filed: $296.56; Reference: | 7100-000 | | 17.57 | 7,680.27 |
| 11/24/10 | 108 | CardWorks | Dividend paid 5.92% on $575.77; Claim# 18; Filed: $575.77; Reference: | 7100-000 | | 34.11 | 7,646.16 |
| 11/24/10 | 109 | CR Evergreen, LLC | Dividend paid 5.92% on $1,995.00; Claim# 23; Filed: $1,995.00; Reference: | 7100-000 | | 118.18 | 7,527.98 |
| 11/24/10 | 110 | CAPITAL ONE BANK (USA), N.A. | Combined Check for Claims#11,12 | | | 268.03 | 7,259.95 |
| | | | Dividend paid 5.92% on 195.09 $3,293.40; Claim# 11; Filed: $3,293.40 | 7100-000 | | | 7,259.95 |
| | | | Dividend paid 5.92% on 72.94 $1,231.31; Claim# 12; Filed: $1,231.31 | 7100-000 | | | 7,259.95 |
| 11/24/10 | 111 | eCAST Settlement Corporation | Combined Check for Claims#7,19,20,21 | | | 3,255.75 | 4,004.20 |
| | | | Dividend paid 5.92% on 505.74 $8,537.70; Claim# 7; Filed: $8,537.70 | 7100-000 | | | 4,004.20 |
| | | | Dividend paid 5.92% on 634.24 $10,707.03; Claim# 19; Filed: $10,707.03 | 7100-000 | | | 4,004.20 |
| | | | Dividend paid 5.92% on 1,321.77 $22,313.76; Claim# 20; Filed: $22,313.76 | 7100-000 | | | 4,004.20 |
| | | | Dividend paid 5.92% on 794.00 $13,404.04; Claim# 21; Filed: $13,404.04 | 7100-000 | | | 4,004.20 |

Subtotals: $12,069.46   $8,065.26

{} Asset reference(s)

Printed: 02/16/2011 01:08 PM   V.12.56

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-72158 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LAWRENCE, JIMMY ORVAL | | Bank Name: | The Bank of New York Mellon |
| | LAWRENCE, VALARIE JEANNETTE | | Account: | 9200-******07-66 - Checking Account |
| Taxpayer ID #: | **-***6445 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/10 | 112 | Portfolio Recovery Associates, LLC | Combined Check for Claims#14,15,16 | | | 806.34 | 3,197.86 |
| | | | Dividend paid 5.92% on  309.05<br>$5,217.34; Claim# 14;<br>Filed: $5,217.34 | 7100-000 | | | 3,197.86 |
| | | | Dividend paid 5.92% on  20.56<br>$347.08; Claim# 15;<br>Filed: $347.08 | 7100-000 | | | 3,197.86 |
| | | | Dividend paid 5.92% on  476.73<br>$8,048.05; Claim# 16;<br>Filed: $8,048.05 | 7100-000 | | | 3,197.86 |
| 11/24/10 | 113 | Roundup Funding, LLC | Combined Check for Claims#5,6 | | | 2,385.07 | 812.79 |
| | | | Dividend paid 5.92% on  1,500.07<br>$25,323.72; Claim# 5;<br>Filed: $25,323.72 | 7100-000 | | | 812.79 |
| | | | Dividend paid 5.92% on  885.00<br>$14,940.32; Claim# 6;<br>Filed: $14,940.32 | 7100-000 | | | 812.79 |
| 11/24/10 | 114 | Roundup Funding, LLC | Combined Check for Claims#13,22 | | | 812.79 | 0.00 |
| | | | Dividend paid 5.92% on  105.07<br>$1,773.78; Claim# 13;<br>Filed: $1,773.78 | 7100-000 | | | 0.00 |
| | | | Dividend paid 5.92% on  707.72<br>$11,947.57; Claim# 22;<br>Filed: $11,947.57 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 12,069.46 | 12,069.46 | $0.00 |
| | | | Less: Bank Transfers | | 12,069.46 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,069.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $12,069.46 | |

{} Asset reference(s)

Printed: 02/16/2011 01:08 PM    V.12.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-72158 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LAWRENCE, JIMMY ORVAL | | Bank Name: | The Bank of New York Mellon |
| | LAWRENCE, VALARIE JEANNETTE | | Account: | 9200-******07-66 - Checking Account |
| Taxpayer ID #: | **-***6445 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****07-65 | 762.05 | 0.00 | 0.00 |
| MMA # 9200-******07-65 | 11,318.81 | 11.40 | 0.00 |
| Checking # 9200-******07-66 | 0.00 | 12,069.46 | 0.00 |
| | $12,080.86 | $12,080.86 | $0.00 |

{} Asset reference(s)      Printed: 02/16/2011 01:08 PM    V.12.56

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**09-72158**
**LAWRENCE, JIMMY ORVAL, DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

**Statement Period**
January 1 - January 31, 2011

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92000249470766 | | $851.08 | $0.00 |
| **Total** | | $851.08 | $0.00 |

### Important Information Regarding Your Account

FEBRUARY 21ST, PRESIDENTS' DAY, IS A BANK HOLIDAY AND ANY BANKING TRANSACTIONS CONDUCTED THIS DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. HOWEVER, THE BMS BANKING CENTER WILL BE AVAILABLE DURING NORMAL BUSINESS HOURS. THE BMS BANKING CENTER IS AVAILABLE MONDAY-FRIDAY FROM 8AM TO 8PM ET. PLEASE CALL US AT (800) 634-7734, OPTION 8 FOR ALL YOUR BANKING NEEDS.

**As of January 31, 2011, the funds for this case were on deposit in the following institutions as shown below:**
Citi                                    $0.00
**Grand Total:**                        **$0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
January 1 - January 31, 2011

**09-72158**
**LAWRENCE, JIMMY ORVAL, DEBTOR**
**JAMES E STEVENS (0000330420)**

## CHECKING ACCOUNT SUMMARY                              Account No. 92000249470766

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $851.08 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 3 | $(851.08) |
| **Ending Balance** | 3 | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/03 | CHECK # 0000000112 | $(806.34) |  | $44.74 |
| 01/03 | CHECK # 0000000104 | $(27.17) |  | $17.57 |
| 01/03 | CHECK # 0000000107 | $(17.57) |  | $0.00 |
| **Totals** |  | $(851.08) | $0.00 |  |

(* Indicates a break in the check sequence)    **CHECKS PAID IN NUMERIC ORDER**

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 104 | 01/03 | $27.17 | 107 * | 01/03 | $17.57 | 112 * | 01/03 | $806.34 |
|  |  |  |  |  |  | **Total Checks Paid:** |  | **$851.08** |

**As of January 31, 2011, the funds for this account were on deposit in the following institutions as shown below:**
Citi                               $0.00
**Grand Total:**                   **$0.00**